IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-82-FL

| THE DANIEL GROUP, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| SERVICE PERFORMANCE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes now before the court on plaintiff's motion for an order continuing the disposition of defendant's motion for summary judgment and permitting plaintiff to engage in discovery (DE # 16). In said motion, filed June 18, 2010, plaintiff asks the court to allow it to engage in discovery and give plaintiff until September 10, 2010, to respond in opposition to defendant's pending motion for summary judgment.

On June 22, 2010, the court issued a case management order for the action which provides deadlines consistent with those sought by plaintiff in the instant motion. As the case management order already accords plaintiff the relief sought in the instant motion, said motion is DENIED as moot (DE # 16). The case management order shall remain in full force and effect.

SO ORDERED, this the ___ day of June, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge